## 50191. BAKER v. THE STATE.

QUILLIAN, Judge.
The record in this case having been considered, the appeal is without merit.

*Judgment affirmed. Pannell, P. J., and Clark, J., concur.*

SUBMITTED FEBRUARY 4, 1975 — DECIDED FEBRUARY 21, 1975.